SWEENEY *et al.* v. THE CHICAGO, R. I. & P. R. R. Co.

*Appeal from Johnson District Court — Monday, December 11.*

ACTION to recover double damages for a colt, alleged to have been killed by defendants' cars. Judgment for plaintiff, which, on appeal to this court, was affirmed, as being sustained by the evidence. No questions of law were discussed. MILLER, J., delivering the opinion.